THOMAS P. BEKO, ESQ. (#002653)
ERICKSON, THORPE & SWAINSTON, LTD.
99 West Arroyo Street
P.O. Box 3559
Reno, Nevada 89505
Telephone: (775) 786-3930
Fax: (775) 786-4160
*Attorneys for Defendants*

```
✓ FILED          ___ RECEIVED
___ ENTERED      ___ SERVED ON
                 COUNSEL/PARTIES OF RECORD

          JUL 17 2013

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK SHANE CANTRELL,<br><br>Plaintiff,<br><br>vs.<br><br>EUREKA COUNTY, NEVADA, a government entity; KENNETH E. JONES, individually, and as Eureka County Sheriff; KEITH LOGAN, individually, and as Eureka County Undersheriff, and DOES 1 through 10 and ROES 1 through 10, inclusive,<br><br>Defendants.<br>_____/ | Case No.: 3:12-cv-00654-RCJ-VPC<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

COME NOW, Plaintiff PATRICK SHANE CANTRELL, by and through his attorney, Kenneth J. McKenna, Esq., and Defendants, EUREKA COUNTY, NEVADA, a government entity, KENNETH E. JONES, individually, and as Eureka County Sheriff, and KEITH LOGAN, individually, and as Eureka County Undersheriff, by and through their attorneys, Erickson, Thorpe & Swainston, Ltd., and Thomas P. Beko, Esq., and hereby stipulate to continue the Case Management Conference, previously scheduled for August 15, 2013 (Doc. #14), to August 26, 2013, at 9:00 a.m. The parties further stipulate that in accordance with the Court's Order (Doc. #14), the joint Case Conference Report due not less than seven (7)

///
///
///

1  court days prior to the Case Management conference, will now be due no later than August
2  15, 2013.

3  Dated this 10th day of July, 2013.                    Dated this 10th day of July, 2013.

4                                                                   ERICKSON, THORPE & SWAINSTON
                                                                    & SWAINSTON, LTD.
5

6
   By: /s/ Kenneth J. McKenna, Esq.                                 By: /s/ Thomas P. Beko, Esq.
7      Kenneth J. McKenna Esq. (SBN #1676)                             Thomas P. Beko, Esq. (SBN #2653)
       544 W. First Street                                             99 W. Arroyo Street
8      Reno, NV 89503                                                  Reno, Nevada 89509
       *Attorney for Plaintiff*                                        *Attorneys for Defendants*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE
DATED: July 17, 2013

-2-